UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CITRIX SYSTEMS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>PARALLEL NETWORKS LICENSING, LLC,<br><br>                Defendant. | Civil Action No. 4:20-cv-00454-ALM |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), recognizing the Stipulation of Dismissal filed by Plaintiff Citrix Systems, Inc. and Defendant Parallel Networks Licensing, LLC, it is:

**ORDERED** that the claims filed by Plaintiff hereby are dismissed with prejudice; and

**ORDERED** that the parties shall bear their own attorney's fees, expenses and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

  **SIGNED this 26th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE